UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | |
|---|---|
| MARGERET VASSALLO, | ) |
| Claimant, | ) Civ. No. 5:23-cv-00198-FDW |
| v. | ) |
| MARTIN O'MALLEY, Commissioner of Social Security. | ) |

**ORDER**

THIS MATTER is before the Court on the Consent Motion to Remand filed by Commissioner, (Doc. No. 8). For the reasons stated in the Motion, it is GRANTED.

IT IS THEREFORE ORDERED that pursuant to the power of this Court to enter a judgment affirming, modifying, or reversing Defendant's decision with remand in Social Security actions under sentence four of 42 U.S.C. § 405(g), and in light of Defendant's motion, with Plaintiff's consent, to remand this case for further administrative proceedings, the Court hereby REMANDS this case to Defendant, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings. See Melkonyan v. Sullivan, 501 U.S. 89 (1991); Shalala v. Schaefer, 509 U.S. 292 (1993). The Clerk is respectfully directed to terminate all pending motions and close the case.

IT IS SO ORDERED.

Signed: April 5, 2024

Frank D. Whitney
United States District Judge